**DISMISS and Opinion Filed June 8, 2021**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00788-CV

**INFORM DIAGNOSTICS, INC. F/K/A MIRACA LIFE SCIENCES, INC.,**
**Appellant**
**V.**
**DANIELLE WEHLE, M.D., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-10190**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that the appeal is now moot. We **GRANT** the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
200788F.P05                                        CHIEF JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

INFORM DIAGNOSTICS, INC.
F/K/A MIRACA LIFE SCIENCES,
INC., Appellant


No. 05-20-00788-CV    V.


DANIELLE WEHLE, M.D.,
Appellee

On Appeal from the 191st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-10190.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DANIELLE WEHLE, M.D. recover her costs of this appeal from appellant INFORM DIAGNOSTICS, INC. F/K/A MIRACA LIFE SCIENCES, INC.

Judgment entered June 8, 2021.